J. JACKSON WASTE, SBN 289081
KENDALL M. LOVELL, SBN 324881
**FENNEMORE DOWLING AARON**
8080 N. Palm Avenue, Third Floor
Fresno, CA  93711
T: (559) 432-4500 / F: (559) 432-4590
E: jwaste@fennemorelaw.com;
klovell@fennemorelaw.com

Attorneys for Plaintiff RABO AGRIFINANCE, LLC,
a Delaware limited liability company

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| RABO AGRIFINANCE LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SUKHRAJ PAMMA, an individual; JASMIN PAMMA, an individual; IMPERIAL ORCHARDS, LLC, a California limited liability company; SUTTER BUTTES MERCANTILE LLC, a California limited liability company; SHINDA UPPLE, an individual; AJMAIL SANGHA, an individual; VCRAF AGIS CALIFORNIA NUTS LLC, a Delaare limited liability company; and MAY AVENUE INVESTMENTS,<br><br>Defendants. | Case No.  2:24-CV-01392-CKD<br><br>**STIPULATION FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT AND ORDER THEREON** |

Plaintiff Rabo Agrifinance LLC ("Plaintiff") and Defendants Sukhraj Pamma ("Mr. Pamma"), Jasmin Pamma ("Ms. Pamma"), Imperial Orchards, LLC ("Imperial"), Sutter Buttes Mercantile LLC ("Sutter"), Shinda Upple ("Ms. Upple"), Ajmail Sangha ("Mr. Sangha"), VCRAF Agis California Nuts LLC ("VCRAF") and May Avenue Investment ("May Avenue") (collectively, "Defendants"), by and through their respective counsel of record, respectfully submit the following Stipulation for Plaintiffsto File First Amended Complaint

and Proposed Order Thereon pursuant to Federal Rule of Civil Procedure 15 and Local Rules 143, 200 and 220.

## I. RECITALS

WHEREAS, on May 15, 2024, Plaintiff filed its complaint in the United States District Court, Eastern District of California for judicial foreclosure, damages, and other relief (ECF No. 1) (the "Complaint").

WHEREAS, on June 27, 2024, Mr. Pamma, Ms. Pamma, Imperial, Sutter, Ms. Upple, and Mr. Sangha filed their answer to the Complaint (ECF No. 12).

WHEREAS, on July 9, 2024, VCRAF filed its answer to the Complaint (ECF No. 14).

WHEREAS, on August 29, 2024, Plaintiff obtained new counsel of record (ECF No. 21).

WHEREAS, based on their investigation, Plaintiff's new counsel of record feels the issues currently before the Court can be streamlined to better utilize the parties' and the Court's valuable time and resources.

WHEREAS, Plaintiff now wishes to file a First Amended Complaint in order to dismiss, without prejudice, the Twenty-First, Twenty-Second, Twenty-Third, Twenty-Fourth, Twenty-Fifth, and Twenty-Sixth causes of action in the Complaint.  A true and accurate copy of the proposed First Amended Complaint with exhibits and revised civil cover sheet is attached hereto as **Exhibit "A"**.  Good cause exists for Plaintiff to be permitted to file this amended pleading because the need to dismiss the aforementioned causes of action without prejudice was not confirmed until Plaintiff had obtained new counsel and Plaintiff's new counsel had time to review additional documentation pertaining to this litigation.  Further, the Defendants will not be prejudiced by the amendment, and leave to amend must be freely given when justice so requires. (Fed. Rules Civ. Proc. Rule 15).

Accordingly, Plaintiff and Defendants desire to enter into this Stipulation and Order upon the terms and conditions contained herein.

## II.   STIPULATION

THEREFORE, Plaintiff and Defendants, by and through their respective counsel of record, hereby stipulate and agree and request that the Court order that:

1. Plaintiffs may file their First Amended Complaint in the form attached as **Exhibit "A"** to this Stipulation.

**IT IS SO STIPULATED.**

Respectfully submitted,

FENNEMORE DOWLING AARON

DATED: March 11, 2025     By: /s/ _____
                                                    J. JACKSON WASTE

Attorneys for Plaintiff RABO AGRIFINANCE, LLC

LOEB & LOEB LLP

DATED: March 11, 2025     By: /s/ _____
                                                    BERNARD R. GIVEN II

Attorneys for Defendants SUKHRAG PAMMA, JAISMIN PAMMA, IMPERIAL ORCHARDS, LLC, SUTTER BUTTES MERCANTILE, LLC, SHINDA UPPLE, and AJMAIL SANGHA

HERUM CRABTREE SUNTANG

DATED: March 11, 2025     By: /s/ _____
                                                    JEANNE M. ZOLEZZI

Attorneys for Defendant VCRAF AGIS CALIFORNIA NUTS, LLC

# ORDER

Based on the foregoing Stipulation, and good cause appearing, it is hereby ordered that:

1. Plaintiff may file their First Amended Complaint in the form attached as **Exhibit "A"** to this Stipulation.

**IT IS SO ORDERED**.

**DATED** this 11th day of March, 2025.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE