**AT-120**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Don J. Pool, SBN 166468<br>FENNEMORE LLP<br>8080 North Palm Ave., Third Floor<br>Fresno, California 93711<br>TELEPHONE NO.: (559) 432-4500   FAX NO. *(Optional):* (559) 432-4590<br>E-MAIL ADDRESS *(Optional):* dpool@fennemorelaw.com<br>ATTORNEY FOR *(Name):* Plaintiff, RABO AGRIFINANCE LLC | |

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**
STREET ADDRESS: Robert T. Matsui Federal Courthouse
MAILING ADDRESS: 501 I Street, Room 4-200
CITY AND ZIP CODE: Sacramento, CA 95814
BRANCH NAME: Sacramento Division

PLAINTIFF: RABO AGRIFINANCE LLC, a Delaware limited liability company

DEFENDANT: SUKHRAJ PAMMA, et al.

| | |
|---|---|
| ☒ **RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AFTER HEARING**<br>☐ **ORDER FOR ISSUANCE OF ADDITIONAL WRIT OF ATTACHMENT AFTER HEARING** | CASE NUMBER:<br>2:24-cv-01392-DJC-CKD |

1. a. The application of plaintiff *(name):* RABO AGRIFINANCE LLC, a Delaware limited liability company
      for ☒ a right to attach order and order for issuance of writ of attachment
          ☐ an order for issuance of additional writ of attachment
      against the property of defendant *(name):* (1) AJMAIL SANGHA, an individual ("**SANGHA**"); and
      came on for hearing as follows: (2) SHINDA UPPLE, an individual ("**UPPLE**")
      (1) Judge *(name):* Daniel J. Calabretta
      (2) Hearing date: April 3, 2025    Time: 1:30 PM    ☒ Floor: 14th    ☐ Div.:    ☒ CtRm.: 7
   b. The following persons were present at the hearing:
      (1) ☐ Plaintiff *(name):*           (3) ☒ Plaintiff's attorney *(name):* Don J. Pool/Fennemore LLP
      (2) ☐ Defendant *(name):*           (4) ☒ Defendant's attorney *(name):* Arthur Fels/Loeb & Loeb

**FINDINGS**

2. THE COURT FINDS
   a. Defendant *(specify name):* SANGHA and UPPLE    are  ☒ natural persons   ☐ partnership
      ☐ unincorporated association   ☐ corporation   ☐ other *(specify):*
   b. The claim upon which the application is based is one upon which an attachment may be issued.
   c. Plaintiff has established the probable validity of the claim upon which the attachment is based.
   d. The attachment is not sought for a purpose other than the recovery on the claim upon which the attachment is based.
   e. The amount to be secured by the attachment is greater than zero.
   f. ☒ Defendant failed to prove that all the property described in plaintiff's application is exempt from attachment.
   g. ☐ The following property of defendant, described in plaintiffs application
      (1) ☐ is exempt from attachment *(specify):*
      (2) ☐ is not exempt from attachment *(specify):*
   h. ☐ The following property, not described in plaintiff's application, claimed by defendant to be exempt
      (1) ☐ is exempt from attachment *(specify):*
      (2) ☐ is not exempt from attachment *(specify):*
   i. ☒ An undertaking in the amount of: $10,000.00    is required before a writ shall issue, and plaintiff
      ☐ has   ☒ has not   filed an undertaking in that amount.
   j. A Right to Attach Order was issued on *(date):* April 23, 2025    pursuant to
      ☒ Code of Civil Procedure section 484.090 (on hearing)   ☐ Code of Civil Procedure section 485.220 (ex parte)
   k. ☐ other *(specify):*

Page 1 of 3

| Form Approved for Optional Use<br>Judicial Council of California<br>AT-120 [Rev. July 1, 2010] | **RIGHT TO ATTACH ORDER AFTER HEARING AND ORDER<br>FOR ISSUANCE OF WRIT OF ATTACHMENT (Attachment)** | Code of Civil Proc., §§ 482.030, 484.090;<br>Welfare & Institutions Code, § 15657.01<br>*www.courtinfo.ca.gov* |

# ORDER

3. THE COURT ORDERS

   a. Plaintiff has a right to attach property of defendant *(name):* (1) **AJMAIL SANGHA**, an individual; and
      (2) **SHINDA UPPLE**, an individual
      in the amount of: **$ 3,869,308.70**

   b. ☐ The property described in items 2g(1) and 2h(1) of the findings is exempt and shall not be attached.

   c. The clerk shall issue ☒ a writ of attachment ☐ an additional writ of attachment in the amount stated in item 3a
      ☐ forthwith ☒ upon the filing of an undertaking in the amount of: **$ 10,000.00**
      (1) ☐ for any property of a defendant who is **not** a natural person for which a method of levy is provided.
      (2) ☒ for the property of a defendant who is a natural person that is subject to attachment under Code of Civil Procedure section 487.010 described as follows *(specify):*
         See **ATTACHMENT 3c.(2)**.

      (3) ☐ for the property covered by a bulk sales notice with respect to a bulk transfer by defendant or the proceeds of sale of such property, described as follows *(specify):*

      (4) ☐ for plaintiff's pro rata share of proceeds from an escrow in which defendant's liquor license is sold. The license number is *(specify):*

   d. ☐ Defendant shall transfer to the levying officer possession of
      (1) ☐ any documentary evidence in defendant's possession of title to any property described in item 3c;
      (2) ☐ any documentary evidence in defendant's possession of debt owed to defendant described in item 3c;
      (3) ☐ the following property in defendant's possession *(specify):*

   **NOTICE TO DEFENDANT: FAILURE TO COMPLY WITH THIS ORDER MAY SUBJECT YOU TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT.**

   e. ☐ Other *(specify):*

   f. Total number of boxes checked in item 3: __3__

Date: May 13, 2025

*Daniel J. Calabretta*
JUDICIAL OFFICER

# ATTACHMENT 3c.(2)

....

3. THE COURT ORDERS

   ....

   c.

      ....

      (2) ☒ for the property of a defendant who is a natural person that is subject to attachment under Code of Civil Procedure section 487.010 described as follows *(specify)*:

| ATTACHMENT DESCRIPTION | AUTHORITY (Cal. Civ. Proc. Code) |
|---|---|
| Real property | *CCP §§ 488.315, 700.015* |
| Growing crops, timber or minerals | *CCP §§ 488.325, 700.020* |
| Tangible personal property in defendant's possession/control | *CCP § 488.335* |
| Tangible personal property in third party possession/control | *CCP §§ 488.345; 700.040* |
| Personal property in levying officer's custody | *CCP §§ 488.355, 700.050* |
| Goods in bailee's possession | *CCP §§ 488.365, 700.060* |
| Equipment of going business | *CCP § 488.375* |
| Vehicle, vessel, or mobilehome constituting equipment of going business | *CCP § 488.385* |
| Farm products or inventory of going business | *CCP § 488.395* |
| Personal property used as dwelling | *CCP §§ 488.415, 700.080* |
| Vehicle, vessel, mobilehome, or commercial coach | *CCP §§ 488.425, 700.090* |
| Chattel paper | *CCP §§ 488.435, 700.100* |
| Instrument | *CCP §§ 488.440, 700.110* |
| Negotiable document of title | *CCP §§ 488.445, 700.120* |
| Security | *CCP § 488.450* |
| Deposit account | *CCP § 488.455* |
| Safe-deposit box | *CCP § 488.460* |
| Account receivable or general intangible | *CCP § 488.470* |
| Property subject of pending action/proceeding | *CCP § 488.475* |
| Final money judgment | *CCP § 488.480* |
| Interest in personal property of decedent's estate | *CCP § 488.485* |