DON J. POOL, SBN 166468
J. JACKSON WASTE, SBN 289081
**FENNEMORE LLP**
8080 North Palm Avenue, Third Floor
Fresno, California 93711
T: (559) 432-4500 / F: (559) 432-4590
dpool@fennemorelaw.com
jwaste@fennemorelaw.com

Attorneys for Plaintiff RABO AGRIFINANCE LLC,
a Delaware limited liability company

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| RABO AGRIFINANCE LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SUKHRAJ PAMMA, an individual; JASMIN PAMMA, an individual; IMPERIAL ORCHARDS, LLC, a California limited liability company; SUTTER BUTTES MERCANTILE LLC, a California limited liability company; SHINDA UPPLE, an individual; AJMAIL SANGHA, an individual; VCRAF AGIS CALIFORNIA NUTS LLC, a Delaare limited liability company; and MAY AVENUE INVESTMENTS,<br><br>Defendants. | Case No.  2:24-CV-01392-CKD<br><br>**ORDER ON SECOND STIPULATION EXTENDING DEADLINE FOR PARTIES TO FILE BRIEFS RELATING TO PLAINTIFF'S MOTION TO APPOINT A TEMPORARY RECEIVER, ISSUE A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY TEMPORARY RECEIVER SHOULD NOT BE CONFIRMED AND PRELIMINARY INJUNCTION SHOULD NOT ISSUE**<br><br>Action Filed: May 15, 2024 |

The Court, having reviewed the Second Stipulation for the Parties to File Briefs Relating to Plaintiff's Motion to Appoint A Temporary Receiver, Issue a Temporary Restraining Order and Order to Show Cause why Temporary Receiver Should Not be Confirmed and Preliminary Injunction Should Not Issue ("Stipulation") by and between plaintiff Rabo AgriFinance LLC ("Plaintiff" or "Rabo") and defendant Sutter Buttes Mercantile LLC

1

**FENNEMORE LLP**
ATTORNEYS AT LAW
FRESNO

ORDER ON SECOND STIPULATION EXTENDING DEADLINES FOR PARTIES TO FILE BRIEFS, ETC.

("Defendant" or "SBM"), filed on May 5, 2026, and entered as Doc number 80, and find good cause, hereby issues the following Order:

**IT IS HEREBY ORDERED** that the Stipulation is approved.

**IT IS FURTHER ORDERED** as follows:

    1.    Defendants may file their opposition to the Motion on or before May 11, 2026.

    2.    Plaintiff may file its reply on or before May 13, 2026.

**IT IS SO ORDERED**.

Dated:  May 5, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

FENNEMORE LLP
ATTORNEYS AT LAW
FRESNO

2

ORDER ON SECOND STIPULATION EXTENDING DEADLINES FOR PARTIES TO FILE BRIEFS, ETC.