UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

RABO AGRIFINANCE, LLC,

Plaintiff,

v.

SUKHRAJ PAMMA, et al.,

Defendants.

Case No. 2:24-cv-01392-DJC-CKD

**ORDER APPROVING MOTION OF RECEIVER FOR ORDER APPROVING EMPLOYMENT OF SHEPPARD, MULLIN, RICHTER & HAMPTON LLP AS RECEIVERSHIP COUNSEL AND FOR MONTHLY COMPENSATION**

Judge: Daniel J. Calabretta

Vito Mitria and Beacon Management Advisors, LLC (collectively, "Receiver"), the Receiver in the above-captioned proceeding has filed its *Motion of Receiver for Order Approving Employment of Sheppard, Mullin, Richter & Hampton LLP as Receivership Counsel and for Monthly Compensation* (the "Motion") as Docket No. 97. It appears that due and proper notice of the Motion was given. No objections or requests for hearing with respect to the Motion have been filed, or if any objections have been filed, such objections have been overruled.

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.
2. The Receiver is authorized to employ Sheppard, Mullin, Richter & Hampton LLP (the "Firm") as receivership counsel, effective as of May 22, 2026.
3. The Receiver is authorized to pay the Firm every month during the pendency of this receivership pursuant to these procedures:
   a. Each month the Firm will submit the invoice for the prior month's legal services to the Receiver with a copy to the Plaintiff;
   b. Within fourteen (14) days after receipt of the invoice, the Plaintiff shall notify the Firm and the Receiver if Plaintiff has objections to any of the Firm's fees;
   c. Pursuant to paragraph 1(g) of the Appointment Order, the Receiver shall prepare periodic interim statements for fees reflecting the Firm's fees and expenses while providing legal services to the Receiver;
   d. Upon completion of such periodic interim statements, and mailing such statements to the parties' respective attorneys of record, the Receiver may pay the Firm and/or seek Plaintiff's payment thereof;
   e. Despite the periodic payment of the Firm's fees and expenses, said fees and expenses shall be submitted to the Court for its approval and confirmation pursuant to paragraph 1(g) of the Appointment Order;
   f. If there are any unresolved objections with respect to monthly payments, the parties shall have the dispute promptly heard by the Court unless the parties agree that the

dispute be heard at the time of the hearing on the Receiver's final report and/or the hearing on final approval of the fees of the Firm;

g. Any hearing on objections shall only pertain to the specific fees or expenses which are the subject of the objection and any other fees or expenses shall be paid immediately;

h. Such monthly payments shall be without prejudice to the rights of a party to be heard with respect to the final approval of the fees of the Firm.

IT IS SO ORDERED.

Dated: August 3, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE