SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
MICHAEL M. LAUTER, Cal Bar No. 246048
KIRK RIDER, Cal Bar No. 364539
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Tel: (415) 434-9100; Fax: (415) 434-3947
Email: mlauter@sheppard.com
krider@sheppard.com

Counsel to Vito Mitria and Beacon Management Advisors, LLC, solely in their capacity as court appointed receiver

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| RABO AGRIFINANCE, LLC, a general partnership,<br><br>Plaintiff,<br><br>v.<br><br>SUKHRAJ PAMMA, et al.,<br><br>Defendant. | Case 2:24-cv-01392-DJC-CKD<br><br>**STIPULATION AND ORDER CONTINUING HEARING ON RECEIVER'S MOTION REGARDING DISPOSITION OF RECEIVERSHIP PROPERTY AND ABANDONMENT OF PROPERTY IN RECEIVER'S POSSESSION**<br><br>**<u>Current Hearing Date and Time:</u>**<br><br>Date: October 8, 2026<br>Time: 1:30pm<br><br>**<u>Continued Hearing Date and Time:</u>**<br><br>Date: October 22, 2026<br>Time: 1:30pm<br>Location: Courtroom 7 on the 14th floor of the Robert T. Matsui U.S. Courthouse<br>501 I Street, Sacramento, CA 95814<br>Judge: Daniel J. Calabretta |

This stipulation (the "Stipulation") is entered into by and between Vito Mitria and Beacon Management Advisors, LLC, solely in their capacity as court appointed receiver (collectively, "Receiver"), Plaintiff RABO Agrifinance LLC ("RABO"), and Gurnam Pamma ("Gurnam") in connection with the Receiver's motion pending before the United States District Court for the Eastern District of California in Case No. 24-01392 (the "Court").

**RECITALS**

A. On May 22, 2026 the Court entered an order approving RABO's *Motion for Temporary Restraining Order Seeking the Appointment of a Temporary Receiver* (ECF No. 91).

B. On August 20, 2026 the Receiver filed his *Notice of Motion and Motion of Receiver for Order Regarding Disposition of Receivership Property in Receiver's Possession* (the "Equipment Motion") as ECF No. 103.

C. On September 3, 2026, Gurnam filed his opposition to the Equipment Motion (the "Opposition") as ECF No. 106.

D. On September 14, 2026, the Receiver filed his reply to the Opposition as ECF No. 111.

E. Prior to the Court's October 8 hearing on the Equipment Motion (the "Hearing"), counsel for Gurnam Pamma, RABO, and the Receiver (collectively the "Parties") met and conferred and agreed that it was in their mutual interest to continue the Hearing to October 22, 2026 at 1:00 p.m.

**STIPULATION**

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel for the respective Parties hereto, AND SO ORDERED BY THIS COURT, as follows:

1. The Hearing on the Motion shall be continued to October 22, 2026 at 1:30 p.m.

Dated: October 8, 2026

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By *\/s/ Michael M. Lauter*

MICHAEL M. LAUTER
KIRK RIDER

Counsel for Vito Mitria and Beacon Management Advisors, LLC, solely in their capacity as court-appointed receiver

Dated: October 8, 2026

HANSON BRIDGETT LLP

By */s/ Anthony J. Dutra*

ANTHONY J. DUTRA
MARGARET T. CARDASIS

Attorneys for Real Party in Interest Gurnam Pamma

Dated: October 8, 2026

FENNEMORE LLP

By */s/ Don J. Pool*

DON J. POOL

Attorneys for Plaintiff, RABO AgriFinance LLC

IT IS SO ORDERED.

Dated: October 8, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE